5-3410                                385 S. W. 2d 636

Opinion delivered January 11, 1965

*Ben D. Lindsey,* for appellant.

*Shackleford & Shackleford,* for appellee.

CARLETON HARRIS, Chief Justice. This appeal relates
to the validity of three deeds to lands located in Union
County, appellant apparently contending that there was
not, under the law, proper delivery of the deeds, and
further contending that the court erred in admitting cer-
tain testimony.

We do not reach the merits of the case, for under
Rule 9 (d) of this court, it is necessary that the judge-
ment be affirmed. We have stated numerous times that
we are not required to explore a transcript that is lodged
with us, and that the duty rests on the appellant to supply
this court with such an abridgment of the record as will
enable us to understand the matters presented. *Vire* v.
*Vire,* 236 Ark. 740, 368 S. W. 2d 265; *Weir* v. *Hill,* 237
Ark. 922, 377 S. W. 2d 178.

The pleadings, exhibits, and decree are abstracted,
but there is no abstract of the testimony, although several
witnesses testified. The testimony is essential to a de-
cision on the merits, and to determine the facts, we would
be required to explore the record, which, as stated, is
contrary to our practice.

Affirmed.